IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

SEAN M. LIVINGSTON,

    Plaintiff,

vs.

WILLIAM FAIN; RODNEY SELLERS;
DARRYL POWELL; CHRISTOPHER
JONES, and CASSIUS JOHNSON,

    Defendants.

CIVIL ACTION NO.: CV505-025

## ORDER

Plaintiff has filed two motions for service of summons upon the defendants. (Docs. 11, 12.) Plaintiff's motions are **DISMISSED**. Following the required frivolity review, the Court will direct service of any cognizable claim.

SO ORDERED, this 14th day of September, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)